IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF TEXAS
__San Antonio__ DIVISION

**FILED**
APR 11 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ___BT___
DEPUTY CLERK

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

__Jesse Quevedo Jr #SID 1155839__
Plaintiff's name and ID Number

__Bexar County Adult Detention Center__
Place of Confinement

CASE NO: **SA22CA0352 FB**
(Clerk will assign the number)

v.

__Javier Salazar - 200 N Comal ST. San Antonio Tx. 78207__
Defendant's name and address

__Selrico Company - 200 N Comal ST. San Antonio Tx. 78207__
Defendant's name and address

__Jose Davilla - 200 N Comal ST. San Antonio Tx. 78207__
Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...*if a prisoner brings a civil action or files and appeal in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

**I. PREVIOUS LAWSUITS:**

    A. Have you filed any other lawsuits in the state or federal court relating to imprisonment? _____ YES __✓__ NO

    B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____

        2. Parties to previous lawsuit:
           Plaintiff(s): _____

           Defendant(s): _____

        3. Court (If federal, name the district; if state, name the county) _____

        4. Docket Number: _____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?)
        _____

        7. Approximate date of disposition: _____

ATC 1983 (Rev. 04/06)          Page 2 of 5

II. **PLACE OF PRESENT CONFINEMENT:** Dominguez ST. Jail

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**
Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. **PARTIES TO THE SUIT:**

   A. Name of address of plaintiff: Jesse Quevedo Jr #TDCJ 2383176
   Dominguez ST. Jail 6535 Cagnon RD. San Antonio Tx. 78252

   B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

   Defendant #1: Javier Salazar - Bexar County Sheriff - Bexar Adult Detention Center.
   200 N. Comal ST. San Antonio Tx. 78207
   Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
   Do to Poor Inspections To a two Week GAS leak Caused a Major Exsplosion that gave ME Injuries and P.T.S.D

   Defendant #2: Jose Davilla - Maintenance Superviser, of Bexar Adult Detention Center.
   200 N. Comal ST. San Antonio Tx. 78207
   Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
   Put me In harms Way With A Poor Maintenance GAS leak that Was NOT Inspected Properly & the OKAY to Start Kettles.

   Defendant #3: Selrico Company - Kitchen STAFF, of Bexar Adult Detention Center.
   200 N. Comal ST. San Antonio Tx. 78207
   Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
   Selrico Played A Role on unproperly Inspecting the Safety Hazard Doe to giving the OKAY to Start A Fix-Kettles.

   Defendant #4: University Health System - Medical, of Bexar Adult Detention Center.
   200 N. Comal ST. San Antonio Tx. 78207
   Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
   UHS played A Role In Coercing ME to Believe My Injuries Were Non-lethal & Negelectful to Further Investigate.

   Defendant #5: R. Trujillo - Investigater, of Bexar Adult Detention Center.
   200 N. Comal ST. San Antonio Tx. 78207
   Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
   R. Trujillo Intimediated, Manipulated, Interrogated, harrassing ME to Sign Medical Release Forms. And was Very Aggresive to ME Because, I Denied to Sign the Medical Release Forms.

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 2-18-2022 As a Cook-Trusty #1155837 I arrived at 5:00am at Between 2:00Pm & 3:00Pm Construction & maintenance Unproperly Fix & Inspected a two week ongoing GAS leak. Maintenance & Selrico STAFF gave the Okay to Start the Kettle that were Very Poorly Inspected. Maintenance Began with the Neglegence of having Torches & Welders In Use In the Same Enviorment Wich resulted In a Explosion that Cause me Bodily Injuries that the Investigaters took Photos of along with Other Injured Inmates & maintenance & Selrico Kitchen STAFF. The Officer's medical STAFF of Bexar County Jail In All Due Respect I feel truly Manipulated ME & Other Inmates with Harrassment, giving US PTSD & Useing Aggressive Coercing Behavior. Being a Victim I shouldn't have felt Interrogated like we were NOT Victims of a explasion due to Maintenance Supervisors Hazard Inspection. My Self & Other Inmates were Harrassed By Investigaters Manipulating Us to Sign Medical release Forms twice In that week. Repeatedly OVER working me with the knowledge I was Injured & under medication that Consist of Vistareal, Tylenol, Biortears By University Health System.

VI. **RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

To proceed a Law Suit to Seek Compensation for my Injuries and emotional distress. To provide proper Safety So this Issue will not occure to my Self or Others again.

VII. **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Jesse Quevedo Jr

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

SID# 1155837 - TDCJ ID.# 2383176

VIII. **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): _____
2. Case Number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ✓ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning were imposed: _____

Executed on: __3-22-2022__
             (Date)

_Jesse Quevedo Jr_
(Printed Name)

_Jesse Quevedo Jr_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this __22__ day of __March__, 20 __22__.
           (Day)          (Month)        (Year)

_Jesse Quevedo Jr_
(Printed Name)

_Jesse Quevedo Jr_
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.

I will be giving the Dates I Summitted Grievance's At the Bexar County Adult Detention Center. And would like to have the Court to **Subpeona** Evidents and the Grievance etc.

2/18/2022-Sommitted Grievance  2/18/2022 Kiosk- 2/23/2022 paper Grievance
Due to the Accident

2/18/2022-Sommitted Grievace  2/18/2022 Kiosk- 2/23/2022 paper Grievance
Because of Officer Corprol-Vela and Srg O'leevadez destroying vital evidence of the glove melted with my lashes, also lying making me Believe they took the glove out the trash and Photos was taken.

2/18/2022-Sommitted Grievance  2/18/2022 Kiosk- 2/23/2022 paper Grievance
University Health System Nurses misleading me to believe that my Injuries were Non-lethal or Server.

3/11/2022-Summitted Grievance  3/11/2022 Paper Grievance
Officer T. York Badge #4642 witness the Nurse of U.H.S harrassing me and Refuse to give me her Name to file a Complaint for Refusing to give me a disposable Eye-Drops I was priscribed by the U.H.S Not only a Inmate But a Injured Inmate.

3/12/2022-Summitted Grievance  3/12/2022 Paper
Officer G. Fuentes #4449 witness the Nurse of U.H.S manipulated me to Sign for a medical monthly Supply Included only #2 packages of Bion tears disposable Eye Drops. Then Refuse to give me, my Corbon Copy of my Signature and then made the decesion to Keep Both Copies and also took back the Box of #2 packages of Bion-tears. Did Not Cear to give me her Name and was very harrassful and very Aggresive, This has affected my PTSD.

2/21/2022-Sommitted Grevance  2/21/2022 Paper
I Summitted a Grievance on Grievance's stating that I was having trouble with the Kiosk Because of my Injuries.
Their Response to that was ask my POD officer for paper Grievances.

I'm Incarcerated In Dominguez State Jail & Still under Doctors Care. Being Prescibe (Polyvinyl-Povidone Eye DP 15 ML & Naproxen 500 mg.) Have Been Scheduale to See the Eye Doctor Cause I've Been having Blind spots and Seeing Double Vision.