# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JESSE QUEVEDO, JR.,<br>TDCJ# 02383176, | §<br>§<br>§ |
| Plaintiff, | §<br>§ |
| v. | §    SA-22-CA-352-FB<br>§<br>§ |
| BEXAR COUNTY SHERIFF JAVIER SALAZAR; JOSE DAVILA, BCADC MAINTENANCE SUPERVISOR; ET AL., | §<br>§<br>§<br>§<br>§ |
| Defendants. | §<br>§ |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which dismissed Plaintiff Jesse Quevedo, Jr.'s 42 U.S.C. § 1983 amended civil rights complaint pursuant to Sections 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) of Title 28 of the United States Code for failure to state a claim, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Quevedo's Section 1983 claims against Defendants, Bexar County Sheriff Javier Salazar; Bexar County Adult Detention Center ("BCADC") Maintenance Supervisor, Jose Davilla; Selrico Company; University Health System; BCADC medical staff; Bexar County jail; and BCADC Investigator, R. Trujillo are **DISMISSED WITH PREJUDICE** pursuant to Sections 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) of Title 28 of the United States Code for failure to state a non-frivolous claim.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

2

SIGNED this 5th day of January, 2023.

                                                                                                         _____
FRED BIERY
UNITED STATES DISTRICT JUDGE

Case 5:22-cv-00352-FB   Document 21   Filed 01/05/23   Page 2 of 2